UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER K. LOUIE,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, NSA INC., et al.,<br><br>Defendants. | Case No: C 11-1045 SBA<br><br>**ORDER**<br><br>Docket 7 |

The parties are presently before the Court on Defendant's motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), which was scheduled to be heard on July 19, 2011. Dkt. 7. Under the version of Civil Local Rule 7-3 in effect at the time the motion was filed, any opposition or statement of non-opposition had to be filed no later than twenty-one days before the noticed hearing date. As such, Plaintiff's response to the instant motion should have been filed by no later than June 28, 2011. Notwithstanding the requirements of Civil Local Rule 7-3, Plaintiff filed nothing in response to the pending motion. As a result, on July 12, 2011, the Court issued an order directing Plaintiff to file an opposition or otherwise agree to the dismissal of this action by no later than July 26, 2011, and continued the hearing to November 15, 2011. Dkt. 15. The Court warned Plaintiff that failure to comply with the order would result in dismissal of his action pursuant to Federal Rule of Civil Procedure 41(b). Id. To date, Plaintiff has filed no opposition or other response.

A district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order pursuant to Rule 41(b). See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). The court should consider five factors before dismissing an action under Rule 41(b): (1) the public interest in

the expeditious resolution of the litigation: (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the availability of less drastic sanctions; and (5) the public policy favoring the disposition of actions on their merits.  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

The first three factors cited above weigh in favor of dismissal in light of the fact that Plaintiff did not respond to Defendant's motion as required under the Civil Local Rules and then did not respond to this Court's order giving him an additional opportunity to file an opposition or other response.  The fourth factor also weighs in favor of dismissal because less drastic sanctions would have little impact in light of the Court's prior warnings that the failure to comply with its orders would result in the dismissal of the action.  Although the fifth factor appears to weigh against dismissal, dismissal is appropriate in light of the other four factors.  See Pagtalunan v. Galaza, 291 F.3d 639, 643 (9th Cir. 2002) (finding district court did not abuse its discretion in dismissing petition with prejudice where three of the five factors weighed in favor of dismissal).  In light of the foregoing,

IT IS HEREBY ORDERED THAT Defendant's motion to dismiss is granted and this action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  This Order terminates Docket 7.  The Clerk of the Court shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated:  August 22, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PETER K LOUIE,

       Plaintiff,

  v.

WACHOVIA BANK et al,

       Defendant.
_____/

                                 Case Number: CV11-01045 SBA

                                 **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Peter K. Louie
94 Bridgeview Drive
San Francisco, CA 94124


Dated: August 25, 2011
                                  Richard W. Wieking, Clerk
                                  **By: LISA R CLARK, Deputy Clerk**